FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER CANNON, and ROBBY CANNON, wife and husband,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA; SAUNDRA JACOBS, in her capacity as an agent of the UNITED STATES OF AMERICA; and SAUNDRA JACOBS and JOHN DOE JACOBS, wife and husband,<br><br>    Defendants. | No. 2:21-CV-00207-SAB<br><br>**ORDER DISMISSING DEFENDANTS SAUNDRA JACOBS AND JOHN DOE JACOBS** |

Before the Court is the parties' Joint Motion for Entry or Stipulated Order Dismissing Mr. & Mrs. Jacobs, ECF No. 12. The parties stipulate and request the Court dismiss Defendants Saundra Jacobs and John Doe Jacobs with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants Saundra and John Doe Jacobs' Rule 12(b)(1) Motion to Dismiss for Lack of Jurisdiction, ECF No. 9, is **DISMISSED** as moot.

//

**ORDER DISMISSING DEFENDANTS SAUNDRA JACOBS AND JOHN DOE JACOBS** # 1

2. The parties' Joint Motion for Entry or Stipulated Order Dismissing Mr. & Mrs. Jacobs, ECF No. 12, is **GRANTED**.

3. Defendants Saundra Jacobs and John Doe Jacobs are **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 7th day of December 2021.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANTS SAUNDRA JACOBS AND JOHN DOE JACOBS** # 2